FILED
LODGED
ENTERED
RECEIVED

AUG 06 2018   CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

Daniel Anthony Nix, C.S.
c/o DAN Trust
PO Box 2716
Kirkland, Washington.  [98083-2716]
Plaintiff, *Sui Juris. Sui Generis*

**In the district court of the United States [28 U.S.C. §§ 128, 610]**
**-via passagio-**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Daniel Anthony Nix, *Sui Juris;* | ) |
|       Plaintiff(s), | ) Case No.: |
| | ) |
| v. | ) **18-CV-01147** RAJ |
| | ) |
| Robert S. Lasnik, an Individual; Ricardo S. | ) |
| Martinez, an Individual; Seungjae Lee, an | ) **VERIFIED COMPLAINT** |
| Individual; Mark Parrent, an Individual; | ) |
| Annette Hayes, an Individual; and DOES 1 | ) **DEMAND FOR TRIAL BY JURY** |
| Through 100, inclusive, | ) |
|       Defendant(s), | ) |
| | ) |

---

**VERIFIED COMPLAINT**

COMES NOW the Plaintiff, Daniel Anthony Nix ("Daniel"), a living soul appearing *Sui Juris*[1]

and *Sui Generis*[2], for his claims against the Defendants, and each of them, states as follows:

    1.  The Plaintiff brings his claims seeking redress and lawful aid and protection from

the actions of Defendants taken in absence of jurisdiction and in conspiracy against Daniel's

rights granted to him by his Creator, which have a direct and causal injury, that is concrete,

particularized, imminent, ongoing, and likely to continue without the aid of this Court.

---

[1] *Sui Juris*: Of his own right; possessing full social and civil rights; not under any legal disability, or the
power of another, or guardianship. Having capacity to manage one's own affairs; not under legal
disability to act for one's self. See Emancipation; **Majority**.

[2] *Sui Generis*: Of its own kind or class; i.e., the only one of its own kind; peculiar.

## JURISDICTION

2.      Jurisdiction of the Court is invoked under Article III, Section 2 of The Constitution of the United States of America ("C.U.S.A."), as guarantor of and in vindication of protected rights, freedoms and immunities enumerated therein.

3.      This action lies in vindication of rights for actions taken by federal actors under color of authority giving rise to a cause of action for damages consequent upon Defendants' unconstitutional conduct. *Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971).*

4.      The Court's jurisdiction is established by the Supremacy Clause of the C.U.S.A., where actions taken in violation of Constitutional protections are invalid and subject to declaratory judgment. *C.U.S.A., Art. VI, cl. 2., Marbury v. Madison, 5 U.S. 137 (1807), Shaw v. Delta Air Lines, 463 U.S. 85 (1983).*

5.      Plaintiff challenges the Constitutionality of the actions taken against his rights by Defendants, acting in concert, with intent, malice and aforethought to deny Plaintiff free exercise of his spiritual beliefs, his privacy, and his right to be left alone and asserts all actions taken by the Defendants are subservient to the limitations imposed upon Government actors by the C.U.S.A, as the *supreme law of the land, and ultimate authority of the Ten Commandments.*

6.      Jurisdiction over the Defendants and their actions is established by the 1st, 4th, 5th, 8th, and, 14th Amendments to the Constitution of the United States of America ("C.U.S.A"), and the guarantees of C.U.S.A., Article IV, Section 4.

7.      The opportunity for adjudication of constitutional rights in a federal forum, as authorized by the Declaratory Judgment Act, becomes paramount." *Ellis v. Dyson, 421 U. S. 426, 432 (1975) (citing Steffel v. Thompson, 415 U.S. 452, 462-463(1974)). See also Huffman v. Pursue, Ltd., 420 U. S. 592, 602-603(1975).*

8.     This Court is authorized to issue declaratory relief in lawful aid to Daniel and his protected rights under FRCP Rule 57.

9.     Venue is proper pursuant to 28 U.S.C. §1391(b), as the unlawful acts of Defendants alleged herein were carried out within the Western District of Washington.

10.     The central interest of a federal court as guarantor of rights is fully implicated from the moment its jurisdiction is invoked. *Hicks v. Miranda, 422 US 332, 356  (1975).*

11.     "The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the ***right to be let alone*** - the most comprehensive of rights and the right most valued by civilized men." See *Olmstead v. United States, 277 U.S. 438, 478 (1928); see also Washington v. Harper, 494 U.S. 210 (1990).[emphasis added]*

12. "The natural liberty of man is to be free from any superior power on earth, and not to be under the will or legislative authority of man, but only to have the law of nature for his rule." *Samuel Adams, The Rights of the Colonists (1772).*

13.     Daniel brings these claims under the authority of King James Bible, 1611: Matthew 18:15-17 which states: "If your brother sins against you, go and tell him his fault, between you and him alone. If he listens to you, you have gained your brother. But if he does not listen, take one or two others along with you, that every charge may be established by the evidence of two or three witnesses. If he refuses to listen to them, tell it to the church. And if he refuses to listen even to the church, let him be to you as a Gentile and a tax collector."

**PARTIES**

14.    Plaintiff, Daniel Anthony Nix ("Daniel") is a man created in the image of his Creator, endowed with the Holy Spirit[3] and an Ambassador for Christ[4].

15.    Plaintiff, as one of his Creator's chosen people, is recognized as a sovereign, sentient being under the laws and treaties of the United States of America. *See Public Law 97-280, 97th Congress, October 4, 1982. See also Chisholm v. Georgia, 2 U.S. 419(1793).*

16.    As referenced in P.L. 97-280, President Andrew Jackson stated that the Bible is "the rock on which our Republic rests."

17.    Daniel, as a minister of the Church of Philadelphia, is an Ambassador for Christ and has made his diplomatic arrival known to the United States through the Secretary of State of the State of Washington. Attached hereto as Daniel's **Exhibit A** is a certified copy of his Notice of Arrival as though fully contained herein.

18.    Daniel's sincere spiritual beliefs require follow his Creator's laws passed down to Moses in the form of the Ten Commandments.[5]

19.    Daniel believes his rights are granted by his Creator and are not granted to him by the Government, as he is not a public officer or employee thereof under contract.

20.    Daniel's firmly held spiritual beliefs prohibit Daniel from serving the Government as he may not serve two masters.[6] Daniel is a peacemaker, exempt from militia duty (10 U.S.C. § 312), and may only act on behalf of the army of his Creator.

---

[3] Genesis 1:27: *So God created man in his own image, in the image of God created he him; male and female created he them.*
[4] 2 Corinthians 5:20: *"Now then we are **Ambassadors** for Christ, as though God did beseech you by us; we pray you in Christ's stead, that be ye reconciled to God." −King James Bible 1611 version.* [emphasis added]
[5] Exodus 20:1-26

21.     Daniel's private actions, as a church[7], are excluded from interference by the Government under limitations imposed by the Constitution and separation of Church and State.

22.     Defendants have, at all times material, operated under a presumption that Daniel is a "U.S. Citizen" and a "resident" of a federal enclave inferring that Plaintiff is *property* (res) *identified* (ident) by some form of registration or pledge as collateral, security, or surety in exchange for federal reserve notes or US Treasury certificates of obligation. See 12 U.S.C. § 412-416 and FRB Operating Circular 10.

23.     Daniel cannot be a U.S. Citizen without violating his oath to his Creator[8].

24.     Daniel seeks vindication of his *private rights, Sui Juris and Sui Generis,* and is not appearing in a legal character as "individual(s)", franchisee, agent, or actor participating on behalf of another person, and does not act in representative capacity of an estate or otherwise.

25.     Daniel is ***not*** a minor under legal disability, is not under control or presumption of any power of attorney, estate probation, or superior authority, deny and object to being labeled as "Pro Se" or "Pro Per" which creates a presumption of legal disability.

26.     Daniel must bring his claims forth for the good of all the people that may be similarly situated and subject to the same abuses.

27. It is not the function of our Government to keep the people from falling into error; it is the function of *the people* to keep the government from falling into error. *American Communications Association v. Douds, 339 U.S. 382, 442. (1950).*

---

[6]  Matthew 6:24: "*No man can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God and mammon.*" See also Luke 16:13
[7] 1 Corinthians 6:19: "*Know ye not that your body is the temple of the Holy Ghost which is in you, which ye have of God, and ye are not your own?*"
[8] See Public Law 2 Stat. 153, First.

28.     Defendant Robert S. Lasnik is a resident of Washington and sued in his person for his individual acts taken in violation of Constitutional limitations. *See Bivens, Id.*

29.     Defendant Lasnik, acting in violation of Daniel's rights, was immediately stripped of his official character and subjected to liability in his person for his individual actions. *See Ex Parte Young, 209 U.S. 123, 160 (1908)*

30.     Defendant Ricardo S. Martinez is a resident of Washington and sued in his person for his individual acts taken in violation of Constitutional limitations. *See Bivens, Id.*

31.     Defendant Martinez, acting in violation of Daniel's rights, was immediately stripped of his official character and subjected to liability in his person for his individual actions. *See Ex Parte Young, supra.*

32.     Defendant Seungjae Lee is a resident of Washington and sued in his person for his individual acts taken in violation of Constitutional limitations. *See Bivens, Id.*

33.     Defendant Lee, acting in violation of Daniel's rights, was immediately stripped of his official character and subjected to liability in his person for his individual actions. *See Ex Parte Young, supra.*

34.     Defendant Mark Parrent is a resident of Washington and sued in his person for his individual acts taken in violation of Constitutional limitations. *See Bivens, Id.*

35.     Defendant Parrent, acting in violation of Daniel's rights, was immediately stripped of his official character and subjected to liability in his person for his individual actions. *See Ex Parte Young, supra.*

36.     Defendant Annette Hayes is a resident of Washington and sued in her person for her individual acts taken in violation of Constitutional limitations. *See Bivens, Id.*

37.     Defendant Hayes, acting in violation of Daniel's rights, was immediately stripped of her official character and subjected to liability in her person for her individual actions. *See Ex Parte Young, supra.*

38.     The Defendants have issued commercial presentments and private financial securities seeking advances against Daniel's equity, creating Daniel's claim in subrogation as proprietary interest holder superior to Defendants' and subjecting each Defendant to suit under the Clearfield Doctrine. *See Clearfield Trust Co. v. United States, 318 U.S. 363 (1942).*

39.     Daniel has noticed the parties of his Claim in Subrogation and has made it a part of the record. Attached hereto as Daniel's **Exhibit B** is a true and correct copy as though fully contained herein.

## FACTS AND RELEVANT HISTORY

40.     Beginning on April 05, 2017 and continuing through the date of this Verified *Bivens* Complaint, Defendants have conspired against Daniel' rights and immunities, motivated by their unlawful enterprise through issuance of unauthorized and counterfeit financial securities[18 U.S.C. § 472 and 513] with intent to strip Daniel's equity and subject him to their dominion in violation of his Creator's laws. (*See Ten Commandments, Thou shall not steal, Thou shall not covet they neighbor's property).*

41.     On April 5, 2017, Defendants, bearing false witness against Daniel, issued a counterfeit security titled: "Indictment" with knowledge that they lacked authority and jurisdiction to do so outside of the District of Columbia.

42.     The Defendants, under color of authority, acted through armed dominion and violations of Daniel's right of liberty by seizing his earthly body and refused to release him until he promised to pay monetary value for his liberty and agreed to contract with Defendants.

**43.**     Defendants' seizure of Daniel's body and limitations of his liberty, on the condition of financial instruments and contractual performance rises to the level of extortion specifically prohibited by federal law under the Hobbs Act [18 U.S.C. §§ 1951 and 367].

**44.**     Defendants, each of them, participated in acts in support of the scheme and enterprise in exchange for the continued receipt of financial benefits, employment, health benefits, and continued power and authority which they wield over others.

**45.**     Defendants continue to violate Daniel's free exercise of his spiritual beliefs, deny him a fair and impartial forum to exercise his freedom of speech in defense of his liberty, disparage his beliefs, mispersonate him, and continue to deny due process through their intentional actions taken in violation of the limitations imposed by the C.U.S.A.

**46.**     Defendants continue to conspire with each other to violate Daniel's free exercise of his spiritual beliefs, his freedom of speech and his right to petition for redress, his immunity from suit as an Ambassador for Christ, his right to defend himself against Defendant's continual violation of due process and his right to fair and impartial tribunal not influenced by bent of mind and financial gains.

**47.**     Daniel shall offer proof of each and every violation, many of which exist in the records of and within the judicial knowledge of this Court. These facts and circumstances constitute a plain and simple statement of the claims of Daniel as required under Article III of the C.U.S.A. and the requirements set forth by FRCP Rule 8.

**48.**     Defendants, each of them, are hereby placed on Notice of Daniel's claims for their intentional violations of the C.U.S.A. and Daniel's rights granted to him by his Creator, the amounts he seeks in redress and this Complaint is sufficient to survive court inquiry into such claims under FRCP Rule 8.

**FIRST CLAIM FOR RELIEF**

**Emergency and Permanent Injunctive Relief**

**(Defendants Lasnik, Martinez, Lee, Parrent, and Hayes)**

49.     Daniel incorporates herein by reference all of the allegations contained in the foregoing paragraphs of this Complaint as though fully contained herein by reference.

50.     The unlawful and egregious actions of Defendants, in violation of Daniel's rights, has caused ongoing and imminent threat to Daniel's freedoms and immunities.

51.     Daniel can and will establish the likelihood of success on the merits related to the Defendants' violations of the C.U.S.A., and that enjoining the acts of the Defendants, is in favor of the public good.

52.     Permanent injunctive relief is appropriate due to the intentional and unlawful actions of the Defendants, a threat, which is imminent and ongoing.

53.     Defendants' threat of continuing abuse and terror against Daniel entitles him to injunctive relief as it leads to irreparable injury.

54.     Good cause therefore exists for issuance of the Temporary Restraining Order because Daniel will continue to suffer irreparable harm and injury should Defendants not be enjoined and prohibited from their continual violations of the limitations imposed upon them by the C.U.S.A. and their flagrant violation thereof with impunity.

55.     Good cause therefore exists for issuance of the Temporary Restraining Order, because Daniel will continue to suffer irreparable harm and injury should Defendants not be enjoined and prohibited from continual and intentional violations of the C.U.S.A.

56.     Good Cause exists for the issuance of a temporary restraining order and equitable stay pending investigation of the criminal acts of Defendants under [18 U.S.C. §§ 241, 242, 367, 472, 513, 1951, among others].

57. Permanent injunctive relief is appropriate due to the fraudulent and criminal conduct of the Defendants, which is imminent and ongoing.

*Wherefore*, Plaintiff moves this Court for an Order granting immediate ex parte relief in the form of a Temporary Restraining Order maintaining the *status quo,* and an Order to Show Cause directed at the named Defendants why a Preliminary Injunction should not issue to enjoin their unlawful conduct taken in violation of the C.U.S.A.

## SECOND CLAIM FOR RELIEF

### Vindication Of Rights for Violations of the Limitations Created by the First, Fourth, Fifth, Eighth, and Fourteenth Amendments
### (Defendants Lasnik, Martinez, Lee, Parrent and Hayes)

58.     Daniel incorporates herein by reference all of the allegations contained in the foregoing paragraphs of this Complaint as though fully contained herein by reference.

59.     At all times herein, Daniel's rights were granted to him by his Creator, have existed long antecedent to the creation of the Government, and have enumerated protections of free exercise, freedom of ideas, due process and equal protection clauses of the C.U.S.A..

60.     That among these rights, Daniel shall not be deprived of his reasonable expectation of privacy, rights in private property, right of quiet enjoyment, right not to be subject to unreasonable search, seizure or cruel and unusual punishment, and right of due process through protection of his right to speak in protection of these rights under his free exercise of spiritual beliefs.

61.     Defendants, each of them, are informed and aware that their official actions are subject to limitations enumerated in the C.U.S.A., Bill of Rights and have taken a sworn binding oath of office in recognition thereof.

62.     Daniel shall offer proof that Defendants knew the limitations of their official actions yet intentionally with malice, aforethought and a complete disregard for Daniel's rights and beliefs, acted outside of the limitations of their respective office.

*Wherefore*, Daniel moves this Court to award immediate and permanent injunctive relief and damages in vindication of the violations of his rights and immunities in the amount of $50,000,000.00 as against Defendants jointly and severally.

## THIRD CLAIM FOR RELIEF

### Vindication Of Rights for Violations Taken Under Color Of Law

### (Defendants Lasnik, Martinez, Lee, Parrent and Hayes)

63.     Daniel incorporates herein by reference all of the allegations contained in the foregoing paragraphs of this Complaint as though fully contained herein by reference.

64.     At all times herein, Daniel had private rights granted by his Creator and immunities protected by constitutional remedies afforded by the laws that bind Defendants, and specifically enumerated in the Bill of Rights.

65.     That among these rights, immunities and protections, Daniel is protected from discrimination for his spiritual beliefs and his right to exclude himself from Government interference from deprivation of these rights, immunities and protectable property interests.

66.     Government conduct depriving person of life, liberty, or property must be, as a matter of due process, implemented in a fair manner.

67.    Acting under the color of law and in conspiracy, Defendants worked a denial of Daniel's rights, privileges, and immunities secured by C.U.S.A., guaranteed by the First, Fourth, Fifth and Fourteenth Amendments, to wit, they captured, imprisoned, and extorted financial instruments and contracts by force, sought and obtained court orders for unlawful and criminal trespass upon Daniel's protected rights based solely on presumption of authority, intentional misrepresentations, non-disclosure while using the vague and unconstitutional construct of rules of court and other presumptive authority.

68.    As a result of Defendants' concerted, unlawful and unconstitutional conduct, Daniel is deprived of his immunities, his liberty, his freedom of movement, and his right to equal protection and due process of law, his right to protect and defend his spiritual beliefs, and the due process of justice was impeded, in violation of the Fourth, Fifth and Fourteenth Amendments of The Constitution of The United States of America.

69.    Defendants, having notice of Daniel's rights and immunities continue with knowledge, intent, malice and aforethought to continue with their abuse, threats, and infliction of terror upon Daniel, a man created in his Creator's image and co-heir in Christ.

70.    Daniel has sustained injuries as a result of Defendants' conduct, has incurred considerable expenses which would not otherwise have been incurred, and has suffered the loss of confidence in and feelings of betrayal by the political system he actively attempts to avoid, and emotional scarring, all compensable as emotional distress, post traumatic stress, and other damages.

*Wherefore*, Daniel moves this Court to award immediate and permanent injunctive relief and damages in vindication of the violations of his rights in the amount of $50,000,000.00 as against Defendants or in an amount to be established at trial by jury.

## FOURTH CLAIM FOR RELIEF

### Fraud by Omission and Fraudulent Concealment
### (Defendant Lasnik, Martinez, Lee, Parrent and Hayes)

71.    Daniel incorporates herein by reference all of the allegations contained in the foregoing paragraphs of this Complaint as though fully contained herein by reference.

72.    Fraud by omission requires (1) concealment of a material fact that in equity and good conscience should be disclosed; (2) knowledge on the part of the party against whom a claim is asserted that such a fact is being concealed; (3) ignorance of that fact on the part of the one from whom the fact is concealed; (4) the intention that the concealment be acted upon; and (5) action on the concealment resulting in damages.

73.    Defendants fraudulently concealed the truth throughout their abuse of the legal process initiated against Daniel, with knowledge and availability of facts not disclosed related to exculpatory evidence and evidence of the monetization of the simulated legal process under an "indictment."

74.    The Defendants, as part of their scheme to defraud Daniel and strip his equity, orchestrated obfuscation and concealment of the records in their possession, custody, and control.

75.    The Defendants continue to conceal public records from Daniel even after numerous written requests to turn over such records.

76.    The Defendants, as part of the obstruction of the public records, intentionally misdirected Daniel as to who has custody of said records, sought and obtained protective orders prohibiting Daniel's access to such records, and have falsified statements and disparaged Daniel's requests for such financial disclosure and equitable disclosure.

77.    The Defendants and other unknown parties continue to cover-up the actions taken in violation of Daniel's rights, continue to conceal or delay the disclosure of specific records related to financial instruments issued against Daniel's equity, and do so with intent to defraud Daniel and avoid investigation.

78.    The Defendants have delayed, concealed, tampered with and falsified public records with intent to obscure the records and refuse to comply with the law that binds them. *Wherefore*, Daniel moves this Court to issue an order compelling full disclosure of all financial records in the custody and control of the Defendants, expungement of all legal actions that involve Daniel, and for return of all equity stolen by and through the obstructive and fraudulent actions of Defendants.

### FIFTH CLAIM FOR RELIEF
### Intentional Infliction of Emotional Distress
### (Defendants Lasnik, Martinez, Lee, Parrent and Hayes)

79.    Daniel incorporates herein by reference all of the allegations contained in the foregoing paragraphs of this Complaint as though fully contained herein by reference.

80.    Daniel claims that the actions and abuse of the Defendants constitute extreme and outrageous conduct, the result of which is expected to cause severe emotional distress.

81.    The Defendants have abused the legal process to intentionally violate Daniel's freedoms, immunities and the various equality and due process requirements through the use of its influential standing with the Court and through use of fraudulently asserted presumptions without the need to prove a concrete and particularized injury in fact or actual standing by manipulation of facts.

82.    The Defendants' intent is to gain maximum revenue generation through the fraudulent concealment of facts and issuance of counterfeit securities as a method of extortion.

83.     The Defendants are aware of these practices and have failed to disclose the true nature of the simulated legal process, the use of Daniel's equity and have forced their will upon Daniel under extreme pressure, threats, terrorism and have done so under threat of physical harm and imprisonment.

84.     Daniel contends that Defendants, and each of them, engaged in such conduct either intentionally or with reckless disregard as to the effect on Daniel, his physical and emotional well being and with malice and aforethought.

85.     The Defendants have continued with their unlawful and bad faith actions over the course of years, which no man or woman should have to endure.

86.     Daniel has been required to expend all of his energy, available resources, and time, to protect his body, mind and soul from the unlawful actions of the Defendants.

87.     The stress of the ongoing abuse by Defendants has taken a severe physical and emotional toll on Daniel.

88.     Daniel has suffered panic attacks, loss of sleep on a constant basis, anger and feelings of abandonment for simply not participating in the political and government dominion that was established to protect his rights, freedoms and immunities, which is now being used against him to extort his equity and oppress him for standing up for himself and his right not to participate in government.

89.     Daniel has been forced to endure feelings of shame and ridicule at the hands of the Defendants, he has been disparaged and abused for exercising his spiritual beliefs and immunities, has been ridiculed for standing up for his protected rights, and has been humiliated in each and every court appearance.

90.     The Defendants have demonstrated a reckless and wanton disregard for the truth and the representations being made, have ignored the limitations and requirements placed upon their authority by the C.U.S.A. and have done so with intent to steal Daniel's equity through threats and intimidation used to extort from him.

91.     The actions of the Defendants are not mistaken errors, they are intentional misrepresentations and Constitutional violations aimed directly at Daniel to violate his rights granted by his Creator and to cause intentional infliction of distress.

92.     These actions were intentional and done with malice and aforethought to punish Daniel for standing up for his private rights granted by his Creator.

93.     As a result of said extreme and outrageous conduct by the Defendants, each of them, Daniel has suffered severe emotional distress compensable in the amount of $50,000,000.00.

*Wherefore*, Daniel moves this court to award him damages listed herein, or to be established at trial and awarded by the Court upon a trial by jury.

WHEREFORE, As to All Claims for Relief and Causes of Action Set Forth Herein, **Daniel** claims his entitlement to the Following Relief:

a)     Assume Constitutional jurisdiction over these claims and Defendants.

b)     Allow Daniel his right of Discovery to establish all Claims.

b)     Award Daniel the maximum allowable damages in equity in compensation for theft of equity under Daniel's proprietary interest.

d)     Award Daniel punitive or exemplary damages as established at trial by jury.

e)     Award Daniel's reasonable costs and expenses.

f)     Diligently Inquire into and Refer all of Defendant's violations of federal Criminal Laws as they may appear, for investigation. See 18 U.S.C. §§ 4, 241, 241, 367, 1951, 2071 or otherwise.

## DEMAND FOR TRIAL BY JURY

Daniel provides Notice of his demand for trial by jury of his peers, not to include any Government agents or franchisees, for damages the value of which exceeds twenty dollars in lawful money of the United States of America, as expressly preserved and inviolate by the Seventh Amendment to the C.U.S.A and FRCP Rule 38(b).

## RESERVATION OF RIGHTS

Daniel reserves the right to amend this Complaint as many times as justice so requires and to properly address any unknown claims or parties that may arise through the course of litigation, disclosure, and discovery.

Respectfully submitted this 6th Day of August, 2018

By: *Daniel Anthony Nix, C.S.*

Daniel Anthony Nix, *In Propria Persona*

## VERIFICATION

I verify and affirm under penalty of perjury under the laws of the United States of America that the foregoing Complaint has been reviewed by me; and that the allegations herein are true and correct to the best of my knowledge, information, and belief.

Executed on this 6th Day of August, 2018

Reserving all rights granted by his Creator.

By: *Daniel Anthony Nix, C.S.*

Daniel Anthony Nix, *Sui Juris, Sui Generis*

Washington
Office of the Secretary of State
Invalid if Removed

## UNITED STATES OF AMERICA

# The State of  Washington

## Secretary of State

### APOSTILLE

*(Convention de la Haye du 5 Octobre 1961)*

1. Country:   **United States of America**

2. This public document has been signed by:

   DEVON J ASHLEY

3. acting in the capacity of:

   Notary Public, state of Washington

4. bears the seal/stamp of:

   DEVON J ASHLEY

**CERTIFIED**

5. at:   Olympia, Washington        6.   the:  23 day of July, 2018

7. by:   Kim Wyman, Secretary of State

8. No:  F21896875

9. Seal/Stamp:                       10.   Signature:



Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

Kim Wyman, Secretary of State

DANIEL ANTHONY NIX, C.S. §
Sending State, §
To §   Notice of Arrival of Head of Mission
STATE OF WASHINGTON, §   Under the Authority of the New Covenant
Receiving State §   Revelation 3:7-13

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, that I, the undersigned **DANIEL ANTHONY NIX, C.S.** Before the below listed officer of the receiving state to wit; BEING FIRST DULY SWORN (or affirmed as the case may be), notices the Receiving State to wit, of the following:

1. The DANIEL ANTHONY NIX, an international organization, organized and existing under the authority of the New Covenant at Hebrews 9:16, presents its compliments to the Secretary of the STATE OF WASHINGTON in the UNITED STATES, and is pleased to announce the arrival of the head of mission.
2. The head of mission is Ambassador: DANIEL ANTHONY NIX, C.S.; Washington License Number: NIX**DA402CN, issued 03 March 2017, by the State of Washington in the County of King, in the Receiving State, bearing a Tourist Visa endorsement for coast-wide entry into the waters navigable in fact in the UNITED STATES.
3. The head of mission is a citizen of the Kingdom of Heaven. Residing in the house my Father prepared for me. (Hebrews 9-24, John 14:2).
4. The primary purpose of entry is to execute and perpetuate the Will of the Father as an Ambassador of Christ, without court supervision, intervention or mediation of any kind, in accord with the Ministry of Reconciliation at 2 Corinthians 5:11-21.
5. The head of mission shall also take on the duties of Minister (Political), Attaché (Agriculture) and Third Secretary (Commercial).
6. The temporary location of the duty office is: 1030 3rd Street, Kirkland, Washington [98033]. Located outside the District of Columbia.
7. The mailing address for the mission is: c/o DAN Trust PO BOX 2716, Kirkland, Washington [98083] located outside the District of Columbia.
8. The duration of the mission is permanent. The duties of the head of the mission are permanent.
9. The mission, the head of mission, its members and family, though not a party to the Vienna Convention on Diplomatic Relations of 1961, hereby accepts the extension of all the privileges, immunities and exemptions thereof by the Receiving State at [P.L. 95-393, Section 2, Sept. 30, 1978;U.S.C. 254a(3)].
10. That this Notice of Arrival is hereby ratified by the Sending State, acknowledged by the Receiving State, taken before the below listed officer thereof, under the authority of Divine Law and shall be recognized by the Receiving State in accordance with the common law of the Receiving State at [P.L. 97-280, "The Bible is the Word of God" and 380 U.S. 163 "The Bible is law to be applied nationally"].

The DANIEL ANTHONY NIX expresses its gratitude and peace to the Office of the Secretary of the STATE OF WASHINGTON for its kind assistance and avails itself of this opportunity to renew assurances of its highest consideration.

State of Washington. July 23ᵀᴾ, 2018, Nunc Pro Tunc

(Mission Seal)

By: Daniel Anthony Nix, C.S.

County of King )
)
State of Washington )

This Instrument was acknowledged before me on July23, 2018 by Daniel Anthony Nix, C.S. (name of person as attorney-in-fact for DANIEL ANTHONY NIX (name of party on behalf of whom instrument was executed)

Signature of Notarial Officer

Title( and Rank)

(Seal)

DEVON J ASHLEY
Notary Public
State of Washington
My Appointment Expires Jul 15, 2020

My Commission Expires: 07/15/2020

Initials 

**COPY**



AUG 02 2018   CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

1   Daniel Anthony Nix, C.S.
    c/o DAN Trust
2   PO Box 2716
    Kirkland, Washington.  [98083-2716]
3   *Located outside the District of Columbia*

4

5   ## UNITED STATES DISTRICT COURT
    ## FOR THE WESTERN DISTRICT OF WASHINGTON

6

7   UNITED STATES OF AMERICA                )   Case No.: CR17-105-RSL
                                            )
8              Plaintiff,                    )
                                            )
          v.                                )   **NOTICE OF FILING CLAIM AND RIGHT**
9                                           )
                                            )   **OF SUBROGATION**
    DANIEL NIX                              )
10                                          )
              Defendant,                     )
11                                          )
                                            )
12                                          )

13  TO THE COURT AND ALL PARTIES OF RECORD OR INTEREST AND THEIR

14  COUNSEL OF RECORD:

15  You and each of you are hereby noticed of the Filing of my Claim and Right of Subrogation as

16  the Proprietary Interest Holder of all court fund bonds and my demand they be brought forth

17  immediately, liquidated, and the funds used to set off and discharge any and all claims, with

18

19  the remaining equity placed in the custody of the Court for distribution upon my command.

20  Respectfully submitted this 2 Day of August, 2018

21                                    By: Daniel Anthony Nix, C.S.

22

23                                    Daniel Anthony Nix, C.S.

24

25

26

27

28

                                    - 1 -

## VERIFICATION

I verify and declare under penalty of perjury under the laws of the United States of America that the foregoing has been reviewed by me and is true and correct to the best of my knowledge, information, and belief.

Executed on this 2ⁿᵈ Day of August, 2018

Reserving all rights without prejudice.   By: Daniel Anthony Nix, C.S

Daniel Anthony Nix, C.S

## CERTIFICATE OF SERVICE

The undersigned does hereby provide notice to the Court that a copy of the aforementioned pleading has been served upon the parties appearing of record in compliance with FRCP Rule 5 and was mailed by first class mail this 2ⁿᵈ day of August, 2018 to the following:

ANNETTE L. HAYES
United States Attorney
c/o SEUNGJAE LEE
US ATTORNEYS OFFICE
7000 Stewart Street, Suite 5200
Seattle, Washington 98101
*Located outside of the District of Columbia*

AND

Administrative Officer of the United States Courts
One Columbus Circle, NE
Washington, D.C.  20544

AND

G. PATRICK JENNINGS, Trial Attorney, Tax Division
U.S. Department of Justice
P.O. box 683
Ben Franklin Station
Washington, D.C.  20044-0683

- 2 -

1

        AND

2

Daniel Anthony Nix
P.O. Box 2716

3

Kirkland, Washington

4

CC: Cassandra Stamm via Email

5

_____

6

7

                    BY: Daniel Anthony Nix
                    Daniel Anthony Nix, C.S.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

From: Daniel Anthony Nix, C.S., a man created in His image.
c/o P.O. Box 2716
Kirkland, Washington [Near. 98083]
*Located outside the District of Columbia (4 U.S.C. § 72)*

To: Administrative Officer of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544
AND
To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

To: ANNETTE L. HAYES, United States Attorney
United States District Court
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
*Located outside the District of Columbia (4 U.S.C. § 72)*

AND

To: WILLIAM M. MCCOOL, Clerk
United States District Court
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, Washington 98101-1271
*Located outside the District of Columbia (4 U.S.C. § 72)*

## NOTICE OF CLAIM OF RIGHT OF SUBROGATION FOR COURT BOND FUNDS

I, Daniel Anthony Nix, C.S., a man of sound mind and age of accountability

hereinafter I, me or my, affirm the following facts to be true, correct, complete and

not misleading under my full commercial liability.

The Court Administrator, G. Patrick Jennings, Annette L. Hayes, and William M.

McCool are hereinafter you or your.

I became aware of securities, having been issued, using my equity without my
knowledge or permission as follows:

> DANIEL NIX (CC 1: 17-CR-00105-RSL)
> PIMCO Investment Grade Credit Bond Fund
> Symbol: PBDAX
> CUSIP: 722008307
> Inception Date: 7/30/2014
> Net Assets: $12,510,000,000.00 as of 6/29/2018
> Portfolio Assets: $12,510,000,000.00 as of 6/29/2018

And;

> DANIEL NIX (BC 146-60-007829)
> Fidelity Advisor Growth & Income Fund
> Symbol: FGIUX
> CUSIP: 315805739
> Inception Date: 12/31/1996
> Net Assets: $596,327,000.00 as of 7/25/2018
> Portfolio Assets: $596,327,000.00 as of 7/25/2018

And;

> DANIEL NIX (SS 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)
> T Rowe Price Balanced Fund Inc.
> Symbol: RPBAX
> CUSIP: 77954G108
> Inception Date: 12/31/1939
> Net Assets: $4,107,000,000.00 as of 6/29/2018
> Portfolio Assets: $4,107,000,000.00 as of 6/29/2018

Since it appears that you are using my equity as surety for bonding Case no.: 1:17-CR-00105-RSL, I hereby exercise my claim and right of subrogation on the above security. As an alleged defendant, it appears that I am being treated like a trustee of a constructive trust without ever being expressly informed of the nature of my presumed status. In fact, this Court has attempted to conceal these facts and Annette L. Hayes and her agents refused to certify my right of subrogation when I asked them to, leaving them with unclean hands and me with detrimental reliance.

Are there tax records concerning the transfer of this security to PIMCO or any other transfers?

I demand that the bonds be brought forth and that the proceeds from said bond be used to set off and settle all charges concerning Case No.: 1:2018CR17-105-RSL. All remaining equity shall be returned to me in specie or maintained under my direction and control with the Court acting as fiduciary.

If you are subject to 18 U.S.C. § 472 which bars you from talking about anything related to the securities generated by these case numbers, then it would be in your best interests to dismiss this case with prejudice, and return my equity immediately.

August 2, 2018

*Daniel Anthony Nix, C.S.*

Daniel Anthony Nix, C.S.

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

NOTICE OF CLAIM OF RIGHT OF SUBROGATION FOR COURT BOND FUNDS
To: WILLIAM M. MCCOOL, Clerk          Express Mail #EE 152376894 US
United States District Court
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, Washington  98101-1271
*Located outside the District of Columbia*

and copies of the above documents by First Class Mail to:

Administrative Office of the United States Courts   Express Mail #EM096542513  US
One Columbus Circle, NE
Washington, D.C. 20544

and

G. PATRICK JENNINGS, Trial Attorney, Tax Division Express Mail #EL 779173066 US
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

and

ANNETTE L. HAYES, United States Attorney Express          Mail #EL 779173070 US
United States District Court
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
*Located outside the District of Columbia*

and

Daniel Anthony Nix
P.O. Box 2716
Kirkland, Washington

By causing all of the above to be placed into the US Postal System, address to the above person(s)/entity(s).

By Daniel Anthony Nix   Dated August 2nd, 2018

Notice of Claim of Right of Subrogation to Court Bond Funds          Page   4

FS Publication 0049
Department of the Treasury
Bureau of the Fiscal Service
(Revised August 2015)

## QUESTIONS AND ANSWERS ABOUT TRUSTS

**Question:**   **What is a "trust"?**

**Answer:**   A trust is real or personal property held by one party for the benefit of another or oneself. A trust can be created for any purpose as long as it is not illegal or does not go against public policy. A trust must have a specific purpose, a designated beneficiary, and specific duties for the trustee as designated by the grantor.

Every trust has the following:

- The person creating the trust, called a grantor, trustor, settlor, or maker.
- The party the grantor names in the trust to care for and manage the trust property, called a trustee. There may be one or several trustees. The trustee may be an individual or a corporation.
- The party for whose benefit the trust was created is called the beneficiary. The beneficiary receives the income from the trust.

There are two types of trusts: 1) a personal trust and 2) a testamentary trust.

**Personal Trust**
A personal trust is the most common type of trust and is effective during the grantor's lifetime and may continue after his or her death.

Personal trusts are further divided into either 1) Under Declaration of Trust (U/D/T) meaning the grantor and the trustee are the same person and the grantor controls the trust assets, and 2) Trust Under Agreement (U/A) meaning the grantor and the trustee are different persons and the trustee controls the trust assets.

A personal trust can also be set up by the grantor to be irrevocable or revocable.  An irrevocable trust is one that the grantor may not rescind or cancel. A revocable trust is one that the grantor has the option of rescinding or canceling.

**Testamentary Trust**
A testamentary trust is created under the grantor's will. The trust does not take effect until the grantor is deceased and a legal representative is appointed through the court.

**Question:**   **What is the "trust instrument"?**

**Answer:**   A trust instrument is the document that sets out in writing the authority, duties, and rights of the parties involved. The instrument may also be known as an agreement, indenture, declaration, or deed. In the case of a testamentary trust, for example, the trust instrument is the decedent's will.

**Question:**   **Can Treasury securities be registered in trust form?**

**Answer:**   Yes, the governing regulations allow Treasury securities to reflect a trust registration.

**Question:**    **What is the proper form of trust registration for Treasury securities?**

**Answer:**    The governing regulations require that the registration of securities issued to a trust must include the name(s) of the trustee(s) and an adequate identifying reference to the authority governing the trust.

**Personal Trust**
The registration of a personal trust must include the name(s) of the grantor(s) of the trust, the name(s) of the trustee(s), and the date of the trust instrument (the date the trust was created). There are two basic forms of registration for personal trusts:

- When the trustee and the grantor are the same person, bonds are registered, "Trustee's name" trustee under declaration of trust dated "date of trust instrument." For example, if Jason Brown created a trust on June 6, 2005, naming himself as trustee, the bonds would be registered, using appropriate abbreviations, as follows: "Jason Brown Trustee Under Declaration of Trust Dated June 6, 2005."

- When the trustee and the grantor are not the same person, bonds are registered, "Trustee's name" under agreement with "Grantor's name" dated "date of trust instrument." For example, if Jason Brown created a trust on June 6, 2005, naming Betty Brown as the trustee, the bonds would be registered, using appropriate abbreviations, as follows: "Betty Brown Trustee Under Agreement with Jason Brown Dated June 6, 2005."

**Testamentary Trust**
The registration of a trust created under the decedent's will must include the name(s) of the grantor(s) of the trust, the name(s) of the trustee(s), show that the trust was created under the will, and that the grantor is deceased. For example " Betty Brown Trustee Under the Will of Jason Brown Deceased."

Variations may be made depending on the particular circumstances of the trust. For example, there may be co-trustees or the trust instrument may be an indenture of trust rather than a declaration of trust. See the Sample Registrations for additional examples. An individual should be designated by the name he/she is ordinarily known by or uses in business, including at least one full given name. The complete name of the trustee and grantor must be shown. For example, bonds must not be registered, "John & Mary Brown Co-Trustees    .;" the surname must be shown for each trustee and grantor even if they both have the same surname.

**Question:**    **When more than one trustee is acting, what connective should be used in the registration of Treasury securities?**

**Answer:**    When co-trustees are to be named in the registration of Treasury securities, the connective "AND" is normally used to link the names of the co-trustees. All of the trustees are then required to jointly execute any subsequent request affecting the securities. However, if the trust instrument permits each trustee to act independently and without the consent of the other trustee, the connective "OR" may be used in the registration of the securities. When the connective "OR" is shown in the registration, any one trustee may execute a subsequent request without the consent of the other trustee(s). Unless otherwise specifically requested, the connective "AND" is used in the registration of securities.

FS Publication 0049

**Question:**   Whose Taxpayer Identification Number should be shown in a trust registration?

**Answer:**   The registration of securities for a trust must include the social security number or employer identification number that the grantor normally uses to identify the trust. Depending upon the specific circumstances, this may be the grantor's social security number or an employer identification number assigned to the trust by the Internal Revenue Service. The Trustee should contact the IRS for the proper taxpayer identification number to use to identify the trust.

**Question:**   Can existing Treasury securities registered in the name of a natural person be reissued or transferred to a trust registration?

**Answer:**   Treasury securities that are currently registered in single owner, co-owner, or beneficiary form and have not reached final maturity may be reissued or transferred to reflect a trust registration. For more information, visit us on the web at http://www.treasurydirect.gov/.

**Question:**   What securities, registered in trust form, can be redeemed at my local bank?

**Answer:**   Accrual type savings bonds that are registered in the name of a trust may be redeemed by the trustee(s) at a local financial institution. A properly certified request for payment is required.

**Question:**   Where can I get more information?

**Answer:**   Additional information, including downloadable forms and governing regulations, may be obtained by visiting the Fiscal Service's website at http://www.treasurydirect.gov/.

## For samples of trust registrations, see the following page.

FS Publication 0049

## SAMPLE REGISTRATIONS

| COMPLETE | ABBREVIATED |
|---|---|
| 12-3456789<br>Tenth National Bank Trustee Under Agreement with Paul E. White dated 2-1-05 | 12-3456789<br>Tenth Natl Bk Tr U/A Paul E. White Dtd 2-1-05 |
| 12-3456789<br>Carl A. Black and Henry B. Green Co-Trustees Under Agreement with Paul E. White dated 2-1-05 | 12-3456789<br>Carl A. Black & Henry B. Green Co-Tr U/A Paul E. White Dtd 2-1-05 |
| 12-3456789<br>Carl A. Black and Henry B. Green Co-Trustees Under Agreement with Paul E. White dated 2-1-05 for the benefit of Mary White and Beth White | 12-3456789<br>Carl A. Black & Henry B. Green Co-Tr U/A Paul E. White Dtd 2-1-05 FBO Mary White & Beth White |
| 12-3456789<br>Paul E. White Trustee Under Agreement with Mary White dated 2-1-05 | 12-3456789<br>Paul E. White Tr U/A Mary White Dtd 2-1-05 |
| 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<br>Paul E. White Trustee Under Declaration of Trust dated 2-1-05 | 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<br>Paul E. White Tr U/D/T Dtd 2-1-05 |
| 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<br>Paul E. White Trustee Under Declaration of Trust dated 2-1-05 for the benefit of Mary Smith | 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<br>Paul E. White Tr U/D/T Dtd 2-1-05 FBO Mary Smith |
| 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<br>Paul E. White and Mary White Co-Trustees Under Declaration of Trust dated 2-1-05 for the benefit of Sally White | 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<br>Paul E. White & Mary White Co-Tr U/D/T Dtd 2-1-05 FBO Sally White |
| 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<br>Paul E. White Trustee Under Agreement with Paul E. White and Mary White dated 2-1-05 | 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<br>Paul E. White Tr U/A Paul E. White & Mary White Dtd 2-1-05 |
| 12-3456789<br>Beloit National Bank Trustee Under Agreement with Paul E. White dated 2-1-05 (Trust No. 1) | 12-3456789<br>Beloit Natl Bk Tr U/A Paul E. White Dtd 2-1-05 (Tr No. 1) |
| 12-3456789<br>First National Bank and Sally White Successor Co-Trustees Under Agreement with Paul E. White dated 2-1-05 as amended 9-1-05 for the benefit of Mary White | 12-3456789<br>First Natl Bk & Sally White Suc Co-Tr U/A Paul E. White Dtd 2-1-05 FBO Mary White |
| 12-3456789<br>Paul E. White and Mary White Co-Trustees Under Declaration of Trust dated 2-1-05 White Family Trust | 12-3456789<br>Paul E. White & Mary White Co-Tr U/D/T Dtd 2-1-05 White Family Tr |
| 12-3456789<br>Thomas White Trustee Under the Will of Robert Smith deceased | 12-3456789<br>Thomas White Tr U/W Robert Smith Decd |
| 12-3456789<br>Thomas White and Tenth National Bank Co-Trustees Under the Will of Robert Smith deceased | 12-3456789<br>Thomas White & Tenth Natl Bk Co-Tr U/W Robert Smith Decd |
| 12-3456789<br>Paul E. White, Mary White, Sally Smith, Bob Jones, Tom Black, and Beth Jones Trustees Under the Will of George White deceased | Option 1:<br>12-3456789<br>Paul E. White, Mary White, Sally Smith, Bob Jones, Tom Black & Beth Jones Tr U/W George White Decd<br><br>Option 2:<br>12-3456789<br>Paul E. White, Mary White, Et. Al. Tr U/W George White Decd<br><br>Option 3:<br>12-3456789<br>Trustees U/W George White Decd |

FS Publication 0049

**FROM:** (PLEASE PRINT)   PHONE (425) 576-0777

DAN TRUST
P.O. BOX 2716
Kirkland, Washington
[98083-2716]

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS**

EM 096542513 US

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
* Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE (   )

ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS
ONE COLUMBUS CIRCLE, NE
WASHINGTON, D.C

**ZIP + 4®** (U.S. ADDRESSES ONLY)

2 0 5 4 4

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 98033
Scheduled Delivery Date (MM/DD/YY): 8/4/8
Date Accepted (MM/DD/YY): 8/2/18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Time Accepted: 3:10 ☐ AM ☑ PM
Weight: lbs 4 oz
Total Postage & Fees: $ 24.70

**DELIVERY (POSTAL SERVICE USE ONLY)**

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE (425) 576-0777

DAN TRUST
P.O. BOX 2716
Kirkland, Washington
[98083-2716]

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS**

EL 779173066 US

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
* Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE (   )

G. PATRICK JENNINGS
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 683
BEN FRANKLIN STATION
WASHINGTON, D.C

**ZIP + 4®** (U.S. ADDRESSES ONLY)

2 0 0 4 4 - 0 6 8 3

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 98033
Scheduled Delivery Date (MM/DD/YY): 8/6/18
Date Accepted (MM/DD/YY): 8/2/18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Time Accepted: 3:10 ☐ AM ☑ PM
Weight: lbs 4 oz 8
Total Postage & Fees: $ 24.70

**DELIVERY (POSTAL SERVICE USE ONLY)**

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 425 ) 576-0777

DAN TRUST
P.O. BOX 2716
Kirkland, Washington
[ 98083 - 2716 ]

EE 152376894 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

WILLIAM M. MCCOOL, CLERK
U.S.D.C. WEST DISTRICT OF WASH.
700 STEWART ST. STE. 2310
SEATTLE, WASHINGTON
LOCATED OUTSIDE THE DIST. OF COLUMBIA

ZIP + 4® (U.S. ADDRESSES ONLY)

9 8 1 0 1 - 1 2 7 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 98033   Scheduled Delivery Date (MM/DD/YY): 8/4/18   Postage: $

Date Accepted (MM/DD/YY): 8/2/18   Scheduled Delivery Time: ☐ 10:30 AM ☐ 12 NOON 3:00 PM   Insurance Fee: $   COD Fee: $

Time Accepted: 3:15 ☐ AM ☑ PM   10:30 AM Delivery Fee: $   Return Receipt Fee: $   Live Animal Transportation Fee: $

Special Handling/Fragile: $   Sunday/Holiday Premium Fee: $   Total Postage & Fees: $

Weight: 4 lbs ☐ Flat Rate   Acceptance Employee Initials: 18   $ 24.70

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **2-CUSTOMER COPY**

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 425 ) 576-0777

DAN TRUST
P.O. BOX 2716
Kirkland, Washington
[ 98085 - 2716 ]

EL 779173070 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

ANNETTE L. HAYES
U.S. DIST. COURT WESTERN
DISTRICT OF WASHINGTON
700 STEWART ST. #5220
SEATTLE WASHINGTON
LOCATED OUTSIDE THE DISTRICT OF COLUMBIA

ZIP + 4® (U.S. ADDRESSES ONLY)

9 8 1 0 1 - 1 2 7 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 98033   Scheduled Delivery Date (MM/DD/YY): 8/4/18   Postage: $

Date Accepted (MM/DD/YY): 8/2/18   Scheduled Delivery Time: ☐ 10:30 AM ☐ 12 NOON   Insurance Fee: $   COD Fee: $

Time Accepted: 3:15 ☐ AM ☑ PM   10:30 AM Delivery Fee: $   Return Receipt Fee: $   Live Animal Transportation Fee: $

Special Handling/Fragile: $   Sunday/Holiday Premium Fee: $   Total Postage & Fees: $

Weight: 4 lbs ☐ Flat Rate   Acceptance Employee Initials: A   $ 24.70

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **2-CUSTOMER COPY**