HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL ANTHONY NIX, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT S. LASNIK et. al, <br><br> Defendants. | CASE NO. C18-1147 RAJ <br><br> ORDER |

On August 6, 2018, Plaintiff Daniel Anthony Nix filed a Complaint against Defendants, the Honorable Robert S. Lasnik, the Honorable Ricardo S. Martinez, Seungjae Lee, Mark Parrent, Annette Hayes, and Does 1 through 100. Dkt. # 1. Plaintiff alleges that "Defendants, acting in concert, with intent, malice and aforethought to deny Plaintiff free exercise of his spiritual beliefs, his privacy, and his right to be left alone and asserts all actions taken by the Defendants are subservient to the limitations imposed upon Government actors by the C.U.S.A., as the *supreme law of the land, and ultimate authority of the Ten Commandments*." Dkt. # 1 at ¶ 5. Plaintiff appears to be alleging violations of his constitutional rights and brings his claims "under the authority of King James Bible, 1611: Matthew 18:15-17." *Id*. at ¶ 13. Plaintiff requests damages in the

amount of $150,000,000.00, injunctive relief, as well as the "return of all equity stolen by . . . Defendants." *Id*. at ¶¶ 57, 61, 70, 78, 93.

Federal Rule of Civil Procedure 8(a) states that "[a] pleading which sets forth a claim for relief ... shall contain ... a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8. "A claim is the aggregate of operative facts which give rise to a right enforceable in the courts." *Bautista v. Los Angeles Cty.*, 216 F.3d 837, 840 (9th Cir. 2000). To comply with Rule 8, Plaintiff must plead a short and plain statement of the elements of their claims, identifying the transaction or occurrence giving rise to the claim and the elements of the prima facie case. *Id*. Accordingly, Plaintiff must set forth "who is being sued, for what relief, and on what theory, with enough detail to guide discovery." *McHenry v. Renne,* 84 F.3d 1172, 1179-80 (9th Cir. 1996).

While Plaintiff's Complaint purports to allege five claims for relief, it is mostly an extended narrative of Plaintiff's religious beliefs and conclusory allegations. Plaintiff appears to allege some sort of conspiracy among the Defendants to violate his rights but provides no specificity as to which Defendant is liable for which of those violations or even what each Defendant did to violate those rights. The Complaint contains almost no factual allegations and does not provide sufficient detail to give Defendants notice of what Plaintiff's claims actually are, much less guide possible discovery. Several of the allegations merely list a series of rights that Plaintiff claims were violated, but do not provide any details as to how these rights were violated, who violated those rights, or any other basis for Plaintiff's claims.

//
//
//

|   |   |
|---|---|
| 1 | For the foregoing reasons, the Court **DISMISSES** Plaintiff's Complaint without |
| 2 | prejudice.  Dkt. # 1.  Plaintiff is given leave to amend his Complaint within fourteen (14) |
| 3 | days of the date of this order.  If Plaintiff fails to timely comply with this Order by filing |
| 4 | an amended complaint that states a valid claim for relief, the Court will dismiss this |
| 5 | action without leave to amend. |

Dated this 27th day of August, 2018.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge